# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AKORN HOLDING COMPANY LLC, *et al.*[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br>(Jointly Administered) |
| George L. Miller, Chapter 7 trustee of the bankruptcy estates of Akorn Holding Company LLC, *et al.*,<br><br>Plaintiff,<br><br>vs.<br><br>Defendants Listed on Exhibit "A",<br><br>Defendants. | Adv. No. See Exhibit "A" |

## CERTIFICATE OF SERVICE

I, Evan T. Miller, hereby certify that on May 8, 2025, I caused a copy of *Motion For Orders Establishing Streamlined Procedures Governing Adversary Proceedings Brought by Plaintiff Pursuant to Sections 502, 547, 548, And 550 of The Bankruptcy Code* to be served electronically with the Court and served through the Court's CM/ECF system upon all registered electronic filers appearing in this case, and via First Class Mail and/ or Electronic Mail on the parties in the service list attached hereto as **Exhibit A**.

**SAUL EWING LLP**

By:*/s/ Evan T. Miller*
Evan T. Miller (DE Bar No. 5364)
1201 N. Market Street, Suite 2300
Wilmington, DE 19801
Tel.: (302) 421-6800
evan.miller@saul.com

---

[1]     The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers, and cases numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23-10255 (KBO).  The Debtors' headquarters is located at 5605 CenterPoint Court, Gurnee, IL 60031.

# **EXHIBIT A**

## SERVICE LIST

| # | Defendant | Mailing Address | Attorney (if applicable) |
|---|-----------|-----------------|--------------------------|
| 1 | ABS Pump Repair, Inc | 89 ALLEN BOULEVARD FARMINGDALE, NY 11735 | Michael Fishel **King & Spalding LLP** mfishel@kslaw.com |
| 2 | MJS Packaging | Nick Haratsaris 35601 Veronica Street Livonia, MI 48501 | Howard S. Sher **Jacob & Weingarten** Phone: 248-649-1900 howard@jacobweingarten.com |
| 3 | West Pharma Services | CSC Services 2595 Interstate Drive, Suite 103 Harrisburg, PA 17110 | Michael Fishel **King & Spalding LLP** mfishel@kslaw.com |
| 4 | Airmatic Compressor Systems Inc. | 700 WASHINGTON AVE CARLSTADT, NJ 07072 | |
| 5 | Alcus Fuel Oil & Sons, Inc. | JEFFERY ARLEN SPINNER, ESQ., 775 PARK AVE  HUNTINGTON, NY, 11743 | Jim Alcus jalcus@aol.com |
| 6 | Ameren Illinois | THE CORPORATION COMPANY 600 S 2ND ST STE 104 SPRINGFIELD, IL 62704-2550 | |
| 7 | Amphenol Thermometrics Inc. | C T Corporation System 357 East Center Street, Ste. 2 J, Manchester, CT 06040-4471 | |
| 8 | Apex Material Handling Corp of IL | DAVID D O'SULLIVAN 1755 S NAPERVILLE RD-STE 200 WHEATON, IL 60189 | |
| 9 | Aptar Pharma, a Division of Aptar Group, Inc. | COGENCY GLOBAL INC. 600 SOUTH SECOND ST, SUITE 404 SPRINGFIELD, IL 62704-2542 | Irene Hudson, VP – Legal **Aptar Group** irene.hudson@aptar.com  Ryan Fink and Daniela Rakowski **Sidley Austin LLP** ryan.fink@sidley.com and drakowski@sidley.com |

| 10 | Aries Global Logistics Inc | Corporation Service Company 251 Little Falls Drive Wilmington, DE 19808 | |
|----|----|----|----|
| 11 | Axon, LLC | CORPORATION SERVICE COMPANY 2626 GLENWOOD AVENUE, SUITE 550 RALEIGH, NC 27608 | |
| 12 | Balco Industries | 99 LAFAYETTE DRIVE SYOSSET, NY 11791 | |
| 13 | Berlin Packaging LLC | ILLINOIS CORPORATION SERVICE COMPANY 801 ADLAI STEVENSON DRIVE SPRINGFIELD, IL 62703-4261 | Thomas R. Fawkes **Tucker Ellis LLP** Thomas.Fawkes@tuckerellis.com |
| 14 | Biopharm Recruiting Partners | Mindy Mistro 459 Belvedere PL Coupeville, WA 98239 | Mindy Mistro **Owner** mindy@biopharmrecruitingpartners.com |
| 15 | Boston Analytical | C T CORPORATION SYSTEM 2 1/2 BEACON STREET CONCORD, NH 03301 | James McGrail **Law Office of Attorney James McGrail** jim@mcgraillaw.com |
| 16 | CasterDepot, Inc | JASON POPMA 4652 DIVISION ST WAYLAND, MI 49348 | |
| 17 | Colbert Packaging Corp | KRAIG LANG 9949 58TH PLACE KENOSHA, WI 53144 | |
| 18 | CompliancePath LTD | INCORP SERVICES, INC. 7288 Hanover Green Dr. Mechanicsville, VA 23111 - 1709 | |
| 19 | Cozzoli Machine Company | Joan Cozzoli Rooney 50 Schoolhouse Road Somerset, NJ 08873 | |
| 20 | CT Logistics | DHP LANDERBROOK, INC. 6105 PARKLAND BOULEVARD, #100 CLEVELAND OH 44124 | |

| 21 | Ecolab, Inc. | THE CORPORATION TRUST COMPANY CORPORATION TRUST CENTER 1209 ORANGE ST WILMINGTON, DE 19801 | |
|---|---|---|---|
| 22 | EconDisc Contracting Solutions LLC | C T CORPORATION SYSTEM 5661 Telegraph Rd Ste 4B Saint Louis, MO 63129-4275 | |
| 23 | Empire Freight Logistics | C T CORPORATION SYSTEM 28 LIBERTY STREET NEW YORK, NY 10005 | Ronald M. McMillan **Calfee, Halter & Griswold** rmcmillan@calfee.com |
| 24 | Evisort, Inc. | C T CORPORATION SYSTEM 330 N BRAND BLVD GLENDALE, CA 91203 | |
| 25 | Federal Compliance Solutions LLC | CSC Services 2595 Interstate Drive, Suite 103 Harrisburg, PA 17110 | C. Kevin Kobbe **DLA Piper LLP** kevin.kobbe@us.dlapiper.com |
| 26 | Flavine North America Inc. | CSC 251 Little Falls Drive Wilmington, DE 19808 | |
| 27 | Gentinge USA Sales LLC | National Registered Agents, Inc. 1209 Orange Street Wilmington, DE 19801 | |
| 28 | Government Counsel LLC | Menn, Henry W, III 24 DOCKSIDE LANE #500 KEY LARGO, FL 33037 | Thomas L. Abrams **Gamberg & Abrams** tabrams@tabramslaw.com |
| 29 | JDK Group Solutions LLC | JDK Group Solutions, LLC Attn: Mark Boyer 204 S ADAIR ST Pryor, OK 74361 | |
| 30 | JDLR Consulting LLC | Joyce Lyn de los Reyes 3521 SUTTON LOOP FREMONT, CA 94536 | |

| 31 | JP Paradise Landscaping LLC | THE LIMITED LIABILITY COMPANY 12 SYCORA LN, ISLANDIA, NY 11749 | |
|----|----|----|----|
| 32 | Kraft Chemical Company | TAFT SERVICE SOLUTIONS CORP. 111 E WACKER DR STE 2600 CHICAGO ,IL 60601-4208 | |
| 33 | Leadiant Biosciences, Inc | TAFT SERVICE SOLUTIONS CORP. 111 E WACKER DR STE 2600 CHICAGO ,IL 60601-4208 | Fernando Menendez **Sequor Law** Phone: 305-372-8282 Ext. 299 Email: fmenendez@sequorlaw.com |
| 34 | Lentz Milling Company | THE CORPORATION TRUST COMPANY CORPORATION TRUST CENTER 1209 ORANGE ST WILMINGTON, DE 19801 | |
| 35 | Martin Petersen Company, Inc. | ROBERT JOSSART 9800 55TH ST KENOSHA, WI 53144 | |
| 36 | Matheson Tri-Gas, Inc. | THE CORPORATION TRUST COMPANY CORPORATION TRUST CENTER 1209 ORANGE ST WILMINGTON, DE 19801 | |
| 37 | Mikart, LLC | CT Corporation System 289 SOUTH CULVER STREET, LAWRENCEVILLE, GA, 30046 | Meredith Mitnick **Goodwin Proctor** MMitnick@goodwinlaw.com |
| 38 | Model N INC | THE CORPORATION TRUST COMPANY CORPORATION TRUST CENTER 1209 ORANGE ST Wilmington, DE 18801 | |
| 39 | MSDS Online Inc. | MICHAEL MARTENS 222 MERCHANDISE MART PLZ STE #1750 CHICAGO, IL 60654 | |

| 40 | North Shore Gas | CORPORATE CREATIONS NETWORK INC. 1320 TOWER ROAD SCHAUMBURG, IL 60173 | |
| 41 | NSF Health Sciences, LLC | Jose Luis Borrero 789 N. Dixboro Rd. Ann Arbor, MI 48105 | |
| 42 | Oxford Global Resources LLC | THE CORPORATION TRUST COMPANY CORPORATION TRUST CENTER 1209 ORANGE ST WILMINGTON, DE 19801 | |
| 43 | Performance Validation, Inc | PHILLIP A. BURNS 6325 Digital Way, Suite 100 Indianapolis, IN, 46278 | |
| 44 | Platinum Press Inc. | FERGUSON, BRASWELL & FRASER, PC  2500 DALLAS PARKWAY, SUITE 600 PLANO, TX 75093 | Drey Hayford **Director of HR** dreyh@platinumpress.com |
| 45 | Power Supply of Illinois, Inc | SCOTT E. BERTELSMEYER 2005 EAST OLIVE ST DECATUR, IL 62526 | |
| 46 | PPC Flexible Packaging, LLC | THE CORPORATION TRUST COMPANY CORPORATION TRUST CENTER 1209 ORANGE ST WILMINGTON, DE 19801 | |
| 47 | Premier Group | C T CORPORATION SYSTEM 40600 ANN ARBOR RD E STE 201 PLYMOUTH, MI 48170-4675 | |
| 48 | Provident Life and Accident Ins Co | Corporation Service Company 251 Little Falls Drive Wilmington, DE 19808 | |
| 49 | Quincy Compressor LLC | THE CORPORATION TRUST COMPANY CORPORATION TRUST CENTER 1209 ORANGE ST WILMINGTON, DE 19801 | |

| 50 | Rite Hite Arbon Equipment | Michael Grebe<br>195 S Rite-Hite Way<br>Milwaukee, WI 53204 | |
| 51 | SafetyCall International, LLC | Leo Sioris<br>3600 American Boulevard W<br>Suite 725<br>Bloomington, MN 55431 | |
| 52 | Siegfried USA Inc | The Corporation Trust Co.<br>1209 Orange Street,<br>Wilmington, DE 19801 | |
| 53 | Sonitrol | Sonitrol<br>c/o Leo S. Wanstreet<br>7421 Fenton Road,<br>Grand Blanc, MI 48439<br><br>And<br><br>Sonitrol<br>c/o Leo S. Wanstreet, or such other Officer<br>or Agent authorized to receive service<br>3215 Arnold Lane<br>Northbrook, IL 60062 | |
| 54 | Spacekraft | CT CORPORATION SYSTEM<br>28 LIBERTY STREET, NEW YORK, NY, UNITED STATES, 10005 | |
| 55 | Spectrum Chemical MFG Corp | TERRENCE SCANLAN CPA<br>755 JERSEY AVE<br>NEW BRUNSWICK, NJ 08901-0000 | |
| 56 | Syneos Health Consulting | United Agent Group, Inc.<br>15720 Brixham Hill Avenue #300<br>Charlotte, NC 28277 | John R. Gardner<br>**K&L Gates LLP**<br>John.Gardner@klgates.com<br><br>Wesley Roberts<br>**Managing Counsel**<br>wesley.roberts@syneoshealth.com |
| 57 | Thermo Electron NA | CAPITOL SERVICES, INC.<br>108 LAKELAND AVE.<br>DOVER, DE 19901 | |

| 58 | TSO General Corp | 81 EMJAY BLVD, PO BOX 662, BRENTWOOD, NY 11717 | |
| 59 | Veeva Systems Inc | CSC Services<br>251 LITTLE FALLS DRIVE<br>Wilmington, DE 19808 | |
| 60 | Veolia es Technical Solutions | C T CORPORATION SYSTEM<br>208 SO LASALLE ST, SUITE 814<br>CHICAGO, IL 60604-1101 | |
| 61 | Vertex, Inc | David DeStefano<br>2301 Renaissance Blvd<br>King of Prussia, PA 19406 | |
| 62 | W.W. Grainger | ILLINOIS CORPORATION SERVICE COMPANY<br>801 ADLAI STEVENSON DRIVE<br>SPRINGFIELD, IL 62703-4261 | |
| 63 | Vizient Supply LLC | CT CORPORATION SYSTEM<br>1999 BRYAN ST., STE. 900<br>DALLAS, TX 75201 | Heather Maher<br>**Legal Counsel, Risk Management**<br>Phone: (972) 830-1908<br>Cell: (972) 467-5581<br>heather.maher@vizientinc.com |
| 64 | Welch Packaging Group, Inc. | M SCOTT WELCH<br>1020 HERMAN ST<br>ELKHART, IN, 46516<br><br>and<br><br>GREGORY R BASFORD<br>2350 5TH STREET<br>LINCOLN, IL 62656 | |
| 65 | Zatkoff Seals & Packaging | THE CORPORATION COMPANY<br>40600 ANN ARBOR RD E STE 201<br>PLYMOUTH, MI 48170-4675 | |

| 66 | Nelson Labs Fairfield, Inc. | CORPORATION SERVICE COMPANY 15 WEST SOUTH TEMPLE, SUITE 600, Salt Lake City, UT 84101 | Kristina Seyboldt Global Credit Manager Sotera Health: kseyboldt@soterahealth.com and Gus Kallergis Bernstein Burkley gkallergis@bernsteinlaw.com |
|---|---|---|---|
| 67 | Sterigenics U.S., LLC | Illinois Corporation Service Company 801 Adlai Stevenson Drive Springfield, IL 62703 | Kristina Seyboldt Global Credit Manager Sotera Health kseyboldt@soterahealth.com and Gus Kallergis Bernstein Burkley gkallergis@bernsteinlaw.com |
| 68 | Aramark Cleanroom Services | CT Corporation System 1515 Market St Philadelphia, PA 19102 | Sheila R. Schwager and Devin Bray **Hawley Troxell** sschwager@hawleytroxell.com dbray@hawleytroxell.com |
| 69 | AFLAC Premium Holding | Audrey Boone Tillman 1932 Wynnton Road Columbus, GA 31999 | |
| 70 | Agilent Technologies | The Corporation Trust Company 1209 Orange Street Wilmington, DE 19801 | |
| 71 | Amber International | 111 Northfield Ave #312 West Orange, NJ 07052 and Amber International, LLC c/o Harvard Business Services, Inc. 16192 Coastal Hwy Lewes, DE 19958 | Steven D. Pertuz, Esq. **Law Offices Of Steven D. Pertuz** pertuzlaw@verizon.net |
| 72 | Apexus LLC | Apexus, LLC c/o The Corporation Trust Company | |

| | | 1209 Orange Street<br>Wilmington, DE 19801 | |
|---|---|---|---|
| 73 | Aramark Uniform Services | CT Corporation System<br>289 S Culver St<br>Lawrenceville, GA 30046 | Sheila R. Schwager and Devin Bray<br>**Hawley Troxell**<br>sschwager@hawleytroxell.com<br>dbray@hawleytroxell.com |
| 74 | Arjay Company | c/o The Corporation Trust Company<br>1209 Orange Street<br>Wilmington, DE 19801 | Nancy Bride and Jeff Henricks<br>**Senior Counsel, Veritiv**<br>nancy.bride@veritivcorp.com<br>jhendricks@brickergraydon.com |
| 75 | Ashland Specialty Ingredients GP | Corporation Trust Center<br>1209 Orange St<br>Wilmington, DE 19801 | |
| 76 | Bana Electrical Testing Corp | 50 Gazza Blvd<br>Farmingdale, NY 11735 | |
| 77 | Blue Mountain Quality Resources | Blue Mountain Quality Resources<br>C/O Member Or Manager<br>690 Grays Woods Blvd<br>Suite 200<br>Port Matilda, PA 16870 | |
| 78 | Catalent RTP | Catalent RTP<br>2626 Glenwood Avenue<br>Suite 550<br>Raleigh, NC 27608 | Shaun P. Tooker<br>**Senior Assistant GC, Litigation**<br>shaun.tooker@catalent.com |
| 79 | Catalent Micron Technologies | Corporation Service Company<br>2595 Interstate Dr #103,<br>Harrisburg, PA 17110 | Shaun P. Tooker<br>**Senior Assistant GC, Litigation**<br>shaun.tooker@catalent.com |
| 80 | Central Illinois Scale Company | DENNIS M. FOX<br>402 SOUTH L STREET<br>TILTON, IL 61833 | |

| 81 | Chicago Infill Industrial Properties LP | CT Corporation System 208 So LaSalle St, Suite 814 Chicago, IL 60604 and Chicago Infill Industrial Properties LP 4 Embarcadero Ctr, Suite 3300 San Francisco, CA 94111 | |
| 82 | Cintas Corporation | CM REGISTERED AGENT, INC. 120 S Central Ave Ste 1800 Saint Louis, MO 63105-1726 | Sloane O'Donnell **Frost Brown Todd** sodonnell@fbtlaw.com |
| 83 | Cintas Corporation aka Cintas Garment 780 | CM REGISTERED AGENT, INC. 120 S Central Ave Ste 1800 Saint Louis, MO 63105-1726 | Sloane O'Donnell **Frost Brown Todd** sodonnell@fbtlaw.com |
| 84 | Dahl Compliance Consulting LLC | Brian A Dahl 4809 W 148th St Leawood, KS 66224 DahlComplianceConsulting@gmail.com | |
| 85 | Denovo | c/o Mark Goedde, CEO 371 Centennial Pkwy, Ste 220 Louisville, CO 80027 | |
| 86 | Direct Energy Business Marketing LLC | Direct Energy Business Marketing LLC c/o The Corporation Trust Company 1209 Orange Street Wilmington, DE 19801 and Direct Energy Business Marketing LLC 804 Carnegie Center Princeton, NJ 08540 | |

| 87 | Disc Graphics Inc DBA Oliver Inc | Corporation Service Company 80 State Street Albany, NY 12207 | Kristin Krueger **Koley Jessen P.C., L.L.O.** E:Kristin.Krueger@koleyjessen.com |
|---|---|---|---|
| 88 | EG Life Sciences LLC | EG Life Sciences LLC c/o Cogency Global Inc. 850 New Burton Road, Ste. 201 Dover, DE 19904<br><br>and<br><br>EG Life Sciences LLC 55 Walkers Brooke Drive, 6th Floor Reading, MA 01867 | |
| 89 | EMD Millipore | EMD Millipore Corp. c/o Corporation Service Company 251 Little Falls Drive Wilmington, DE 19808<br><br>and<br><br>EMD Millipore Corp. 400 Summit Drive Burlington, MA 01803 | |
| 90 | Exela Pharma Sciences | 2626 Glenwood Ave, Suite 550 Raleigh, NC 27608 | Satish Chintapalli **Chintapalli Law Firm, PLLC** satish@chintapallilaw.com |
| 91 | Filamatic | Alan Betten 502 Washington Ave, Suite 610 Baltimore, MD 21204 | Rick M. Grams **McNees Wallace & Nurick LLC**: RGrams@mcneeslaw.com |
| 92 | Freudenberg Medical, LLC | CORPORATION SERVICE COMPANY 84 STATE STREET BOSTON,   MA   02109 | Ralph McDowell **Bodman Law** E: RMcDowell@BODMANLAW.COM |
| 93 | Golden State Medical Supply, Inc. | BENJAMIN JOHN HALL 5187 CAMINO RUIZ CAMARILLO, CA  93012-8601 | |

| 94 | Gordon Flesch Co Inc. | KELLY DOLPHIN<br>2675 RESEARCH PARK DR<br>MADISON, WI 53711-4906 | |
|---|---|---|---|
| 95 | Holland Applied Technologies Inc | Edward A Kovas<br>7050 High Grove Blvd<br>Burr Ridge, IL 60527 | John Gentile<br>Benesch Friedlander Coplan & Aronoff<br>jGentile@beneschlaw.com |
| 96 | IMCD Group | CT Corporation Service<br>4400 Easton Commons Way, Suite 125<br>Columbus, OH 43219 | |
| 97 | Interior Specialty Construction | Reed Sullivan<br>880 E Pershing Rd<br>Decatur, IL 62526 | |
| 98 | Intralinks, Inc | CORPORATION SERVICE COMPANY<br>80 STATE STREET<br>ALBANY, NY 12207 | |
| 99 | LaSalle Network | Cogency Global Inc<br>600 South Second St, Suite 404<br>Springfield, IL 62704 | |
| 100 | Lonza Biosciences | Corporate Creations Network Inc<br>1521 Concord Pike Suite 201<br>Wilmington, DE 19803 | |
| 101 | Monarch Strategic HR Consulting & Coaching, LLC | John Godino<br>27 Warren St, Ste 104<br>Hackensack, NJ 07601 | |
| 102 | Moody's Investors Service | 7 World Trade Center<br>250 Greenwich Street<br>New York, NY 10007 | |

| 103 | MS Packaging & Supply Distribution Corp | MS PACKAGING & SUPPLY DISTRIBUTION CORP. 3 ZORN BLVD, SOUTHOLD, NY 11971 | Shanna Kaminski **Kaminski Law PLLC** skaminski@kaminskilawpllc.com |
|---|---|---|---|
| 104 | MSI Blue | Nicola Snoep 1900 Glades Road, Suite 203 Boca Raton, FL 33431 | |
| 105 | Napp Technologies | United Corporate Services Inc 80 Main Street, 5th Floor West Orange, NJ 07052 | |
| 106 | National Grid | Corporation Service Company 84 State Street Boston, MA 02109 | Russell Johnson Lindsay K. Biggs **Law Firm of Russell R. Johnson III** russell@russelljohnsonlawfirm.com lindsay@russelljohnsonlawfirm.com |
| 107 | Navisite LLC | Corporate Creations Network Inc. 225 Cedar Hill Street #200 Marlborough, MA 01752 | |
| 108 | Nipro Pharmapackaging Americas Corp | CORPORATION SERVICE COMPANY PRINCETON SOUTH CORPORATE CENTER, #160 100 CHARLES EWING BLVD EWING, NJ 08628 | |
| 109 | North American Corp of IL | COGENCY GLOBAL INC. 600 SOUTH SECOND ST, SUITE 404 SPRINGFIELD, IL 62704-2542 | |
| 110 | Optima Machinery Corp | CT Corporation System 301 S Bedford St, Ste 1 Madison, WI 53703 | |
| 111 | Otis Elevator | C T CORPORATION SYSTEM 1200 SOUTH PINE ISLAND ROAD PLANTATION, FL 33324 | Jose R. Florez **Director – Legal Affairs** **Otis Elevator Company** Jose.Florez@otis.com |

| 112 | Pall Corporation | UNITED AGENT GROUP INC. 225 CEDAR HILL STREET #200 MARLBOROUGH,   MA 01752 | |
| 113 | Patheon Pharma | CAPITOL CORPORATE SERVICES, INC. 3206 TOWER OAKS BLVD. 4TH FLOOR ROCKVILLE, MD 20852 | |
| 114 | PharmaPorts LLC | c/o Richard Wang, Member One East Uwchlan Ave, Suite 302 Exton, PA 19341 | Douglas Schneller **RIMÔN PC** douglas.schneller@rimonlaw.com |
| 115 | PPD Development, LP | CAPITOL SERVICES, INC. 108 LAKELAND AVE. DOVER, DE 19901 | |
| 116 | Primera Analytical Solutions Corp | Bibo Xu 9 McPherson Lane Belle Mead, NJ 08502 | |
| 117 | PSE&G Co. | Attn: Michael K. Hyun 80 Park Plaza Newark, NJ 07102-4194 | ALEXANDRA GRANT **In-House Counsel for PSEG** alexandra.grant@pseg.com |
| 118 | Randstad US, LLC | CSC NETWORKS, INC. 2 Sun Court, Suite 400, Peachtree Corners, GA, 30092 and c/o Corporation Service Company 251 Little Falls Drive Wilmington, DE 19808 | Mark Duedall and Siena Gaddy sgaddy@bakerdonelson.com mduedall@bakerdonelson.com |
| 119 | S.G.D. SA dba S.G.D. Pharma, Inc. | C T CORPORATION SYSTEM 111 EIGHTH AVENUE NEW YORK, NY 10011 | Alex Hokenson **Assistant GC** Email: alexander.hokenson@sgs.com |
| 120 | SGS North America, Inc | Illinois Corporation Services Company 801 Adlai Stevenson Drive Springfield, IL 62703-4261 | Alex Hokenson **Assistant GC** Email: alexander.hokenson@sgs.com |

| | | | |
|---|---|---|---|
| 121 | Sigma Aldrich | Corporation Service Company<br>2 Sun Court, Suite 400<br>Peachtree Corners, GA, 30092 | |
| 122 | Standard &<br>Poors Ratings<br>Services LLC<br>(S&P Global<br>Inc.) | CORPORATION SERVICE<br>COMPANY<br>80 STATE STREET<br>ALBANY, NY 12207 | |
| 123 | Steriline North<br>America Inc | INTERAMERICAN<br>CORPORATE SERVICES LLC<br>2525 PONCE DE LEON BLVD.,<br>STE. 1225<br>CORAL GABLES, FL 33134 | |
| 124 | Stira<br>Pharmaceuticals,<br>LLC | c/o Sandhya Kantamaneni<br>161 Dwight Place<br>Fairfield, NJ 07004 | Sam Della Fera<br>**Chiesa Shahinian &<br>Giantomasi PC**<br>sdellafera@csglaw.com |
| 125 | Syntegon<br>Technology<br>Services Inc | c/o Cogency Global Inc.<br>850 New Burton Road, Suite 201<br>Dover, DE 19904 | |
| 126 | The Training<br>Center Group<br>LLC | c/o Charles W. Bross<br>9715 Rod Road, Suite A<br>Alpharetta, GA 30022 | |
| 127 | VWR<br>International | c/o Corporation Service Company<br>251 Little Falls Drive<br>Wilmington, DE 19808 | |
| 128 | Walgreens<br>Company and<br>Walgreens Boots<br>Alliance | ILLINOIS CORPORATION<br>SERVICE COMPANY<br>801 ADLAI STEVENSON<br>DRIVE<br>SPRINGFIELD ,IL 62703-4261 | Schuyler Carroll<br>**Manatt, Phelps & Phillips,<br>LLP**<br>SCarroll@manatt.com |
| 129 | Westrock | Corporation Service Company<br>2 Sun Court, Suite 400<br>Peachtree Corners, GA 30092 | Jonathan Gold<br>**Bailey Glasser LLP**<br>jgold@baileyglasser.com |

| 130 | Windstream DBA Paetec | c/o The Corporation Trust Company 1209 Orange Street Wilmington, DE 19801 | |
|---|---|---|---|
| 131 | Wissen Digital Inc | UPENDRA RACHUPALLY 2325 Parklawn Dr, Ste G Waukesha, WI 53186 | |
| 132 | Absolute Plumbing of Long Island Inc. | WILLIAM SEMBLER 382 RENEE DRIVE BAYPORT, NY 11705 <br><br> and <br><br> 90 F Knickerbocker Ave Bohemia, NY 11716 | |
| 133 | AEP Energy Inc | C T CORPORATION SYSTEM 4400 EASTON COMMONS WAY SUITE 125 COLUMBUS OH 43219 | Russell Johnson **Law Firm of Russell R. Johnson** Email: russell@russelljohnsonlawfirm.com |
| 134 | Alcami Corporation | CSC-LAWYERS INCORPORATING SERVICE COMPANY 221 BOLIVAR ST JEFFERSON CITY, MO 65101 | Blake Allen **Associate Director, Legal Affairs** Email: blake.allen@alcami.com |
| 135 | ALKU | CORPORATION SERVICE COMPANY 84 STATE STREET BOSTON,  MA  02109 | John C. La Liberte **Sherin and Lodgen** Email: JCLaLiberte@sherin.com |
| 136 | American International Relocation Sol Dba As Aires | National Registered Agents, Inc., 357 East Center Street, Ste. 2 J Manchester, CT 06040-4471 <br><br> and <br><br> c/o Bryan Putt, Officer 6 Penn Center West, Suite 200 Pittsburgh, PA 15276 | |
| 137 | Andon Brush Company Inc | ROBERT NEWELL 28 NOTCH PARK RD. LITTLE FALLS, NJ 07424 | David Stevens **Scura Law** Email: dstevens@scura.com |
| 138 | Applied Physics Inc. | James Robert Ward 2550 S. County Road 100 Alamosa, CO 81101 | |

| 139 | Armstrong Relocation & Companies Llc | C/O Cogency Global Inc. 850 NEW BURTON ROAD SUITE 201 Cover, DE 19904 and 9 Aspen Dr, Randolph, NJ 07869 | |
|---|---|---|---|
| 140 | Asembia LLC | Benjamin Dimarco 200 Park Ave, Suite 300 Florham Park, NJ 07932 and CORPORATION SERVICE COMPANY 251 LITTLE FALLS DRIVE WILMINGTON DE 19808 | |
| 141 | Ash Pallet Management LLC | MARK VAN DONSELAAR 2 S WHITNEY ST GRAYSLAKE, IL 60030-1548 and 61 McMillen Rd. Antioch, IL 60002 | |
| 142 | Camfil - DP Filters | UNITED STATES CORPORATION COMPANY OF ILLINOIS 801 ADLAI STEVENSON DRIVE SPRINGFIELD, IL 62703-4261 and c/o United States Corporation Company 251 Little Falls Drive Wilmington, DE 19808 | |
| 143 | Cedar Brook 5 Corporate Center LP | Gregory Kopacz The Legal Center One Riverfront Plaza Newark, New Jersey 07102 | Gregory Kopacz **Sills Cummis & Gross, P.C.** Email: gkopacz@sillscummis.com |
| 144 | Chem-Aqua Inc. | Russell L. Price 2727 Chemsearch Blvd. Irving, TX 75062 | |

| 145 | ChemPoint.Com | c/o Corporation Services Company 300 Deschutes Way SW Ste 208MC-CSC1 Tumwater, WA 98501 | |
|---|---|---|---|
| 146 | Coldchain Technology Services | Wayne Williams 20475 Highway 46 West, Ste. 180 PMB 147 Spring Branch, TX 78070-6124 | |
| 147 | Colorcon, Inc. | CT Corporation System 600 N 2nd St #401 Harrisburg, PA 17101 | Heather Donnelly **Finance Director Colorcon, Inc.** Email: hdonnelly@colorcon.com |
| 148 | Complete Cleaning Company Inc. | KEVIN R HITZEMAN 615 WHEAT LANE WOOD DALE , IL 60191 | |
| 149 | Curia Global Inc | Albany Molecular Research, Inc 28 Liberty Street New York, NY 10005 | Michael D. Leifman Richard Tilghman **VedderPrice** mleifman@vedderprice.com rtilghman@vedderprice.com |
| 150 | Delta Dental of Illinois | C T CORPORATION SYSTEM 208 SO LASALLE ST, SUITE 814 CHICAGO, IL 60604-1101 | |
| 151 | Dilligent Corporation | THE CORPORATION TRUST CORPORATION TRUST CENTER 1209 ORANGE ST Wilmington, DE 19801 | Jason Teele **Sills Cummis & Gross P.C.** Email: steele@sillscummis.com |
| 152 | Domino Amjet | C T CORPORATION SYSTEM 208 SO LASALLE ST, SUITE 814 CHICAGO, IL 60604-1101 | |
| 153 | EDI Staffing Inc | JOSEPH GILBODY 31 BELLOWS ROAD RAYNHAM, MA 02767 | |
| 154 | Elm Freight Handlers Inc | ELM FREIGHT HANDLERS INC. 50 EMJAY BLVD. BRENTWOOD, NY 11717 | |
| 155 | Essential Ingredients, Inc. | CT Corporation System 289 S. Culver St. Lawrenceville, GA 30046-4805 | |

| 156 | Evoqua Water Technologies LLC | The Corporation Trust Company 1209 Orange St. Wilmington, DE 19801<br><br>and<br><br>CT Corporation System 160 Mine Lake Ct Ste. 200 Raleigh, NC 27615 | |
|---|---|---|---|
| 157 | Eye Med Vision Care - Fidelity | National Registered Agents, Inc. 1209 Orange St Wilmington, DE 19801 | Natalie A. Mason nmason@eyemed.com |
| 158 | Fisher Scientific Company LLC | Capitol Services, Inc. 108 Lakeland Ave Dover, DE 19901<br><br>and<br><br>Capitol Corporate Services 1157 Tucker Rd. Dartmouth, MA 02747 | bmanne@tuckerlaw.com |
| 159 | Freyr Inc. | Srinivasa Sadhu 150 College Road West Suite 102 Princeton, NJ 08540 | |
| 160 | Frontier Technology LLC | CT Corporation System 7702 E. Doubletree Ranch Road, Ste. 350 Scottsdale, AZ 85258<br><br>and<br><br>The Corporation Trust Company 1209 Orange St. Wilmington, DE 19801 | |
| 161 | Gerresheimer Glass Inc | The Corporation Trust Company 1209 Orange St. Wilmington, DE 19801 | William Burnett<br>**Flaster Greenberg PC**<br>Email: william.burnett@flastergreenberg.com |
| 162 | Henderson Constructors Inc | c/o Robert Hoeppner 350 E Butler Ave New Britain, PA 18901-5209 | jtobia@tobialaw.com |
| 163 | Hudson Valley Plastics | 85 Charles Colman Blvd, Pawling, NY 12564 | |

| 164 | IES | c/o Ashok K. Soni, President/Member 1720 Walton Rd.Blue Bell, PA 19422 | |
|---|---|---|---|
| 165 | IMA North America, Inc | C T Corporation System 155 Federal St., Ste. 700 Boston, MA 02110 | Shannah L. Colbert **Mirick** scolbert@mircklaw.com pcarey@mircklaw.com |
| 166 | International Molasses Corp | c/o Incorporating Services, Ltd. 3500 S. Dupont Hwy Dover, DE 19901<br><br>and<br><br>International Molasses Corp Park 80 West – Plaza Two 250 Pehle Avenue, Suite 306 Saddle Brook, NJ 07663 | diego@maltproducts.com |
| 167 | Iron Mountain Incorporated | Corporation Service Company 10 Ferry Street S313 Concord, NH, 03301<br><br>and<br><br>The Corporation Trust Company 1209 Orange St. Wilmington, DE 19801 | |
| 168 | Johnson Controls Fire Protection Lp | The Corporation Trust Company Corporation Trust Center 1209 Orange Street Wilmington, DE 19801 | |
| 169 | Johnson Controls Security Solutions | The Corporation Trust Company Corporation Trust Center 1209 Orange Street Wilmington, DE 19801 | |
| 170 | Kirby Risk Corp. | c/o James K. Risk III 1815 Sagamore Pkwy North PO BOX 5089 Lafayette, IN 48904<br><br>and<br><br>c/o C T Corporation System 208 So Lasalle Street, Suite 814 Chicago, IL 60604-1101 | jwc@stuartlaw.com |

| 171 | Liquent LLC | The Corporation Trust Company<br>Corporation Trust Center<br>1209 Orange Street<br>Wilmington, DE 19801<br><br>and<br><br>CT Corporation System<br>600 N 2nd St #401<br>Harrisburg, PA 17101 | bob.stiles@perceptive.com |
|---|---|---|---|
| 172 | Managed Healthcare Associates | c/o United Agent Group, Inc.<br>1521 Concord Pike, Suite 201<br>Wilmington, DE 19803<br><br>and<br><br>400 Interpace Parkway Bldg C<br>Suite 200<br>Parsippany, NJ 07054 | |
| 173 | Matrix Absence Management, Inc | The Corporation Trust Company<br>1209 Orange Street<br>Wilmington, DE 19801 | |
| 174 | Mettler Toledo Rainin | The Corporation Trust Company<br>Corporation Trust Center<br>1209 Orange Street<br>Wilmington, DE 19801 | |
| 175 | Microage Technology Services, LLC | National Registered Agents Inc.<br>800 N Central Ave, Suite 460<br>Phoenix, AZ 85012 | shahbazis@ballardspahr.com<br>MyersM@ballardspahr.com |
| 176 | Mini Graphics Inc | c/o James Delise<br>140 Commerce Dr<br>Hauppauge, NY 11788 | |
| 177 | Multi Packaging Solutions | Corporation Service Company<br>251 Little Falls Drive<br>Wilmington, DE 19808<br><br>and<br><br>Corporation Service Company<br>80 State Street<br>Albany, NY 12207 | |
| 178 | Nelson Laboratories Bozeman LLC | Corporation Service Company<br>26 W Sixth Ave<br>Helena, MT 59624 | Kristina Seyboldt<br>kseyboldt@soterahealth.com |

| 179 | Package Development Company, Inc. | c/o Charles P. Schwester 100 Roundhill Dr Rockaway, NJ 07866 | dsklar@pashmanstein.com |
|---|---|---|---|
| 180 | PDQ Communications Inc. | Joanne Andre, CEO/Member 5 Brewster Street #2065 Glen Cove, NY 11542<br><br>and<br><br>105 Stewart Avenue Garden City, NY 11530 | |
| 181 | Pharmaceuticals Returns Service | c/o John DeMars 720 Heartland Dr., Suite B Sugar Grove, IL 60554 | |
| 182 | Phenomenex Inc. | Phenomenex, Inc. 411 Madrid Avenue Torrance, CA 90501 | DanielK@phenomenex.com |
| 183 | Pride Chemical Solutions Of N.J., Inc. | c/o Jan Alan Brody 5 Becker Farm Road Roseland, NJ 07068 | mamato@rmfpc.com |
| 184 | UPS Supply Chain Solutions Inc. | Illinois Corporation Service Company 801 Adlai Stevenson Drive Springfield, IL 62703-4261 | |
| 185 | Qualanex LLC | Illinois Corporation Service Company 801 Adlai Stevenson Drive Springfield, IL 62703-4261 | |
| 186 | Reliance Standard Life Insurance Co | Reliance Standard Life Insurance Co. c/o Charles Denaro 1700 Market Street, Suite 1200 Philadelphia, PA 19103 | Mark McCreary **Fox Rothschild** mmccreary@foxrothschild.com |
| 187 | Ricky Simms Cleaning Service LLC | 45 Eardley Road Edison, NJ 08817 | |
| 188 | Ricoh IT Services | C T Corporation System 208 So Lasalle Street, Suite 814 Chicago, IL 60604-1101<br><br>and<br><br>The Corporation Trust Company 1209 Orange Street Wilmington, DE 19801 | |

| 189 | Robert Half Management Resources | CT Corporation 330 N. Brand Blvd. Glendale, CA 91203<br><br>and<br><br>Robert Half Management Resources 2884 Sand Hill Rd. # 200 Menlo Park, CA 94025 | |
|-----|------|------|------|
| 190 | RX Sourcing | CM Registered Agent, Inc. 120 S Central Ave Ste. 1800 Saint Louis, MO 63105-1726 | |
| 191 | Sannova Analytical Inc | 155 Pierce St., Somerset New Jersey 08873 | |
| 192 | Scisafe Inc. | Registered Agents, Ltd. 1220 N. Market Street Suite 804 Wilmington, DE 19801 | |
| 193 | Solar Winds | Green Development Management of Texas LLC 6850 TPC Drive Suite 108 McKinney, TX 75070<br><br>And<br><br>The Corporation Trust Company Corporation Trust Center 1209 Orange Street Wilmington, DE 19801 | |
| 194 | Sotax Corp. | Patrick Ballmer 2400 Computer Drive Westborough, MA 01581 | |
| 195 | Steris Isomedix Services Inc. | CT Corporation System 4400 Easton Commons Way #125 Columbus, OH 43219<br><br>and<br><br>The Corporation Trust Company 1209 Orange St. Wilmington, DE 19801 | Alexander J. Andrews: Alexander.Andrews@ThompsonHine.com |

| 196 | Steris Corp | CT Corporation System 4400 Easton Commons Way #125 Columbus, OH 43219<br><br>and<br><br>The Corporation Trust Company 1209 Orange St. Wilmington, DE 19801 | Alexander J. Andrews: Alexander.Andrews@ThompsonHine.com |
|---|---|---|---|
| 197 | System One Holdings LLC | Cogency Global, Inc. 600 North 2nd Street Harrisburg, PA 17101 | |
| 198 | Tergus Pharma, LLC | c/o Peter Geiger 4018 Stirrup Creek Dr. Durham, NC 27703 | |
| 199 | Tucker Company Worldwide, Inc. | c/o James D. Tucker 56 North Haddon Avenue, 2nd Floor Haddonfield, NJ 08033<br><br>And<br><br>National Registered Agents, Inc. 1209 Orange Street Wilmington, DE 19801 | |
| 200 | UL Verification Services Inc | C T Corporation System 208 So Lasalle Street, Suite 814 Chicago, IL 60604-1101 | |
| 201 | United Cooling & Refrigeration Inc. | C/O Frank Raimondi Secretary/Treasurer 397 Hope Avenue Roselle, NJ 07203 | manny@unitedcooling.com; john@unitedcooling.com |
| 202 | United Parcel Service | Illinois Corporation Service Company 801 Aldlai Stevenson Drive Springfield, IL 62703-4261 | maria.cho@faegredrinker.com |
| 203 | United States Pharmacopeial Convention, Inc | USP 12601 Twinbrook Pkwy Rockville, MD 20852<br><br>And<br><br>505 Sherwood Mills Court | |

| | | Sandy Springs, MD 20860 | |
|---|---|---|---|
| 204 | Vaisala Inc. | Corporation Service Company 1900 W Littleton Blvd, Littleton, CO 80120 And Corporation Services Company 251 Little Falls Drive Wilmington, DE 19808 | |
| 205 | Veronica Development Associates LLC | Michael Ventura Ventura Miesowitz Albano 783 Springfield Ave Summit, NJ 07901 | slkossar@norris-law.com mapena@norris-law.com |
| 206 | Video Jet Technologies Inc. | Corporation Services Company 251 Little Falls Drive Wilmington, DR 19808 | |
| 207 | Watson Marlow Inc. | Corporation Service Company 84 State Street Boston, MA 02109 And Corporation Services Company 251 Little Falls Drive Wilmington, DE 19808 | |
| 208 | Wilkens-Anderson Company | C/O Bruce E. Wilkens 197 Arlington Avenue Elmhurst, IL 60126 | |
| 209 | Woodstock Sterile Sol | CT Corporation System 208 LaSalle St, Suite 814 Chicago, IL 60604-1101 | katelin.hall@wssterile.com |
| 210 | Xellia Pharma - Summons | Registered Agents Inc. 2501 Chatham Road, Ste. R Springfield, IL 62704 | |
| 211 | Winter Bros. Hauling | 120 Nancy St. West Babylon, NY 11704 | Michael White mwhite@wintersbros.com Jonathan Fabozzi jfabozzi@wm.com |

| 212 | Commonwealth Edison Company | P.O. Box 6111<br>Carol Stream, IL  60197-6111<br><br>c/o Russell R. Johnson, III<br>2258 Wheatlands Drive<br>Manakin-Sabot, VA  23103 | russell@russelljohnsonlawfirm.com |
|-----|---|---|---|
| 213 | Kerry Ingredients & Flavours | 3400 Millington Road<br>Beloit, WI  53511<br><br>And<br><br>c/o David J. Turek<br>Gass Turek, LLC<br>241 N. Broadway, Suite 300<br>Milwaukee, WI  53202 | turek@gassturek.com |
| 214 | Sam's Club | 2101 Se Simple Savings Drive<br>Bentonville, AR  72712<br><br>And<br><br>c/o Andrew M. Moshos<br>Potter Anderson & Corroon LLP<br>1313 N. Market Street, 6th Floor<br>Wilmington, DE  19801-6108 | amoshos@potteranderson.com |
| 215 | Abbott Laboratories, Inc. and Abbott Laboratories, CIE | 100 Abbott Park Road<br>Abbott Park, IL  60064-6400 | |
| 216 | M3 Advisory Partners LP | 1700 Broadway<br>19th Floor<br>New York, NY  10019 | cgarner@m3-partners.com |
| 217 | SPECGX, LLC | P.O. Box 3542<br>Carol Stream, IL  60132-3542 | |
| 218 | Willis Towers Watson US LLC | 800 North Glebe Road<br>Floor 10<br>Arlington, VA  22203 | |
| 219 | Malik & Popiel PC | 7606 Transit Road<br>Suite 200<br>Buffalo, NY  14221 | Brian@CondonPaxos.com |
| 220 | Jackson Lewis PC | 201 E. 5th Street<br>26th Floor<br>Cincinnati, OH  45202 | |

|     |                              | AND                                                                                                                  |                          |
| --- | ---------------------------- | -------------------------------------------------------------------------------------------------------------------- | ------------------------ |
|     |                              | c/o John M. Nolan, Esquire<br>Jackson Lewis P.C.<br>200 Connell Drive<br>Suite 2000<br>Berkeley Heights, NJ  07922 |                          |
| 221 | Motion Industries, Inc.      | P.O. Box 98412<br>Chicago, IL  60693                                                                                |                          |
| 222 | AT&T                         | 208 S. Akard Street<br>Dallas, TX  75202                                                                            | km1426@att.com           |
| 223 | Ascension Health Alliance    | P.O. Box 505302<br>St. Louis, MO  63150-5302                                                                        |                          |
| 224 | Tate & Lyle Solutions        | 5450 Prairie Stone Parkway<br>Hoffman Estates, IL  60192                                                            |                          |
| 225 | Wilkie Farr & Gallagher LLP  | c/o Dan C. Kozusko<br>787 Seventh Avenue<br>New York, NY  10019-6099                                                | dkozusko@willkie.com     |
| 226 | Ametek, Inc.                 | 11 Commerce Blvd<br>Middleboro, MA 02346<br><br>And<br><br>PO BOX 419319<br>Boston, MA 02241-9319<br><br>And<br><br>c/o CORPORATION SERVICE COMPANY<br>251 LITTLE FALLS DRIVE<br>WILMINGTON, DE 19808 |                          |
| 227 | Waste Management / WM Corporate | WM Corporate Services, Inc.<br>P.O. Box 4648<br>Carol Stream, IL  60197-4648<br><br>And<br><br>P.O. Box 4648<br>Carol Stream, IL  60197-4648 |                          |

| 228 | Sills Cummins & Gross | c/o S. Jason Teele, Esquire Sills Cummis & Gross P.C. One Riverfront Plaza, Newark, NJ 07102 | steele@sillscummis.com |
|---|---|---|---|
| 229 | Abaco Steel | 40 Aero Road, Suite 4 Bohemia, NY 11716 | ken@abacosteel.com |
| 230 | Benchmark Products LLC | 1008 Momentum Place Chicago, IL 60689-5310<br><br>-And-<br><br>c/o DAVID WOLF 325 MARRIOTT DR STE 200 LINCOLNSHIRE, IL 60069-3672 | swilliams@lplegal.com; hisrael@lplegal.com |
| 231 | Cencora, Inc. f/k/a Amerisourcebergen | c/o CT Corporation System 1515 Market St Philadelphia, PA 19102 | rmoore@klehr.com; mbranzburg@klehr.com; aradovanovich@klehr.com; myurkewicz@klehr.com; |
| 232 | Comar | 220 Laurel Rd Ste 201 Voorhees, NJ 08043-2396<br><br>-and-<br><br>PO BOX 12486 Newark, NJ 07101-3586 | cperkins@eckertseamans.com |
| 233 | Diligent Corporation | 1111 19th Street NW 9th Floor Washington, DC 20036<br><br>-and-<br><br>THE CORPORATION TRUST CORPORATION TRUST CENTER 1209 ORANGE ST Wilmington, DE 19801 | steele@sillscummis.com |
| 234 | Heritage Packaging LLC | 2350 5th St Lincoln, IL 62656<br><br>-and-<br><br>GREGORY R BASFORD 2350 5TH STREET LINCOLN, IL 62656 | |

| 235 | Keyspan Gas East Corporation | 40 Sylvan Rd<br>Waltham, MA 02451<br><br>-and-<br><br>PO BOX 371382<br>Pittsburgh, PA 15250-7382<br><br>-and-<br><br>Corporation Service Company<br>84 State Street<br>Boston, MA 02109 | russell@russelljohnsonlawfirm.com |
| 236 | McCrone Associates, Inc. | 850 Pasquinelli Drive<br>Westmont, IL 60559-5539<br><br>-and-<br><br>c/o DAVID A. WILEY<br>850 PASQUINELLI DR<br>WESTMONT, IL 60559 | JSowka@seyfarth.com |
| 237 | Pavemaster Asphalt & Sealing, Inc. | 516 Pine Air Drive<br>Bay Shore, NY 11706<br><br>-and-<br><br>c/o THE CORPORATION<br>516 PINE AIRE DRIVE<br>BAY SHORE, NY 11706" | |
| 238 | Premier Healthcare Alliance | 13034 Ballantyne Corporate Place<br>Charlotte, NC 28277<br><br>-and-<br><br>c/o CT Corporation<br>160 Mine Lake Ct Ste 200<br>Raleigh, NC 27615 | Lauri_Bini@PremierInc.com |
| 239 | Propharma Group LLC | 800 Hillsgrove Ave, Suite 201<br>Western Springs, IL 60558<br><br>-and-<br><br>c/o<br>Karl Deonanan | Colin.Miller@propharmagroup.com |

|     |                              | 107 W. Hargett Street<br>Raleigh, NC 27601 |                      |
| --- | ---------------------------- | ------------------------------------------ | -------------------- |
| 240 | SST Corporation              | 55 Lane Road, Suite 450<br>Fairfield, NJ 07004 | BrodyA@gtlaw.com |
| 241 | Waters<br>Technologies<br>Corp. | 4559 Paysphere Cir<br>Chicago, IL 60674-0001<br><br>-and-<br><br>PO BOX 7410591<br>Chicago, IL 60674-0591<br><br>-and-<br><br>c/o CT Corporation System<br>208 S. LaSalle St, Suite 814<br>Chicago, IL 60604 | |