# UNITED STATES BANKRUPTCY COURT
## District of Delaware
### 824 Market Street, 3rd Floor
### Wilmington, DE 19801

**In Re:**  
Akorn Holding Company LLC  
    Debtor  
_____

Bankruptcy Case No.: 23−10253−KBO

Bankruptcy Chapter: 7

George Miller

    Plaintiff

Adv. Proc. No.: 25−50081−KBO

    vs.

Coldchain Technology Services

    Defendant(s)

### ENTRY OF DEFAULT

It appears from the record that the following defendant(s) failed to plead or otherwise defend in this case as required by law.

> Defendant's Name: Coldchain Technology Services

Therefore, default is entered against the defendant(s) as authorized by Federal Rule of Bankruptcy Procedure 7055.

Stephen L Grant, Clerk of Court

Date: 11/6/25

By: /s/ Sherry J. Stiles, Deputy Clerk

(VAN−431)

United States Bankruptcy Court
District of Delaware

Miller,
    Plaintiff

Adv. Proc. No. 25-50081-KBO

Coldchain Technology Services,
    Defendant

# CERTIFICATE OF NOTICE

| District/off: 0311-1 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Nov 06, 2025 | Form ID: van431 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 08, 2025:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| ust | + Email/Text: USTPRegion03.WL.ECF@USDOJ.GOV | Nov 06 2025 20:11:00 | U.S. Trustee, Office of United States Trustee, J. Caleb Boggs Federal Building, 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801-3519 |
| ust | + Email/Text: USTPRegion03.WL.ECF@USDOJ.GOV | Nov 06 2025 20:11:00 | U.S. Trustee, Office of the United States Trustee, J. Caleb Boggs Federal Building, 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801-3519 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| dft | | Coldchain Technology Services |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 08, 2025      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 6, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Evan T. Miller | |

| District/off: 0311-1 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Nov 06, 2025 | Form ID: van431 | Total Noticed: 2 |

    on behalf of Plaintiff George Miller evan.miller@saul.com  robyn.warren@saul.com;sean.kenny@saul.com

Michelle G. Novick
    on behalf of Plaintiff George Miller michelle.novick@saul.com

Paige Noelle Topper
    on behalf of Plaintiff George Miller paige.topper@saul.com  cassandra.joyner@saul.com

Steven C. Reingold
    on behalf of Plaintiff George Miller steven.reingold@saul.com  michele.urann@saul.com

Turner Falk
    on behalf of Plaintiff George Miller turner.falk@saul.com  tnfalk@recap.email


TOTAL: 5